**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

LADAWN BURT,

          Petitioner

      v.

ALLEGHENY COUNTY COURT OF
COMMON PLEAS AND DISTRICT
ATTORNEY,

          Respondent

: No. 12 WM 2023
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of April, 2023, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Habeas Corpus" and the "Praecipe to Enter Summary Judgment and Dismissal of the Action" are DENIED.